1 PETER C. McMAHON (State Bar No. 161841)
PAMELA L. KELLY (State Bar No. 230721)
2 McMahon Law Group, a Professional Corporation
545 Middlefield Road, Suite 230
3 Menlo Park, CA 94025-3457
Tel: 650-325-2400
4 Fax: 650-325-2405

5 Attorneys for Plaintiff
ALL COVERED, INC.
6

7                 UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9

10 ALL COVERED, INC.,

                                              Case No.: C-04-2315 MJJ

11         Plaintiff,
                                              [~~PROPOSED~~] **ORDER GRANTING**
12    vs.                                         **SUBSTITUTION OF COUNSEL**

13 MICHAEL GUERCHON,
              Defendant.
14

15

...

ORDER RE: SUBSTITUTION OF COUNSEL

1      **WHEREAS**, Plaintiff's counsel, Peter C. McMahon, Esq. of the firm of
2  McMahon Law Group, *a Professional Corporation*, has joined with the Law Offices of David
3  M. Serepca to form McMahon Serepca LLP; and
4      **WHEREAS**, pursuant to N.D. Local Rule 11-5, written notice of the substitution
5  has been provided to Plaintiff and to the Defendant's counsel of record of the pending
6  substitution; and
7      **WHEREAS**, Plaintiff hereby consents to the substitution of Peter C. McMahon,
8  Esq., of the firm of McMahon Serepca LLP, 100 Marine Parkway, Suite 350, Redwood Shores,
9  California, 94065, telephone (650) 637-0600, facsimile (650) 637-0700, as its counsel of record
10 herein in place of Peter C. McMahon, Esq., of the firm of the McMahon Law Group, telephone
11 (650) 325-2400, facsimile (650) 325-2405, for this case as follows:

ALL COVERED, INC.

By: _____  Date: Sep 29, 2005
    Robert G. Zapotosky

and;

**WHEREAS**, newly retained counsel hereby accepts the above substitution, as follows:

We accept the above substitution.

McMAHON SEREPCA LLP

By: _____  Date: 10/5, 2005
    Peter C. McMahon

and;

**WHEREAS**, former counsel consents to the above substitution, as follows:

We consent to the above substitution.

McMAHON LAW GROUP, *a Professional Corporation*

By: _____  Date: 10/5, 2005
    Peter C. McMahon

  **NOW THEREFORE**, the Court finds good causes exists to permit the withdrawal of Peter C. McMahon, Esq., of the firm of McMahon Law Group, *a Professional Corporation*, from the case, and the substitution of Peter C. McMahon, Esq., of the firm of McMahon Serepca LLP.

  **IT IS SO ORDERED.**

Dated: <u>11/7/2005</u>, 2005

                /s/ Martin J. Jenkins
                MARTIN J. JENKINS
                United States District Judge